AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Natasha Flores | ) | Case No.  25-mj-7031 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 2022 _____ in the county of _____ Burlington, Camden _____ in the

_____ District of _____ New Jersey _____ , the defendant(s) violated:

| *Code Section* | *Description of Offenses* |
|---|---|
| 18 USC 1001 | See Attachment A. |

This criminal complaint is based on these facts:

See Attachment B.

☑ Continued on the attached sheet.

ADAM J RODRIGUEZ  Digitally signed by ADAM J RODRIGUEZ Date: 2025.05.20 10:01:47 -04'00'

*Complainant's signature*

SA Adam Rodriguez, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ telephone _____ *(specify reliable electronic means).*

Date:  5/20/2025

*Judge's signature*

City and state: _____ Camden, New Jersey _____     Hon. Elizabeth A. Pascal, U.S. Magistrate Judge

*Printed name and title*

# CONTENTS APPROVED

# UNITED STATES ATTORNEY

By: *Joseph McFarlane*

JOSEPH MCFARLANE
Assistant U.S. Attorney

Date: May 19, 2025

**Attachment A**

<u>Count One</u>

(False Statements)

On or about October 14, 2022, in Burlington County and Camden County, in the District of New Jersey, in a matter within the jurisdiction of the United States Citizenship and Immigration Services, an agency and department of the United States government, the defendant,

NATHASHA FLORES,

knowingly and willfully made a material false statement in United States Citizenship and Immigration Services form I-130, in that she falsely stated that she had never been previously married.

In violation of Title 18, United States Code, Section 1001.

**Attachment B**

I, Adam Rodriguez, a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), having conducted an investigation and having spoken with other individuals, have knowledge of the following facts:

<u>Background of Alien's Ability to Adjust Status Based on Marriage to a United States Citizen</u>

1.     Aliens who wish to become lawful permanent residents of the United States and eventually become naturalized citizens may avoid the numerical restrictions on the number of immigrants allowed into the United States, as well as certain visa and other requirements imposed by law, by becoming the spouse of a United States citizen.

2.     A United States citizen seeking to assist a spouse who is an alien in obtaining permanent residence in the United States may petition the United States government to grant an alien spouse lawful permanent resident status without regard to the numerical restrictions on the number of immigrants allowed into the United States by filing with the United States Citizenship and Immigration Service ("USCIS"), Form I-130, Petition for Alien relative.

3.     In the Form I-130, the United States citizen certifies, under pains and penalties of perjury, the location where the alien spouse intends to live in the United States and the last address at which the United States citizen and the alien spouse lived together, among other things.

4.     An approved Form I-130 allows an alien spouse to file USCIS, Form I-485, Application to Register Permanent Residence or Adjust Status, requesting that the United States adjust the alien spouse's status to that of a lawful permanent resident without the alien having to leave the United States. If the alien cannot adjust status with a Form I-485, the alien must leave the United States, obtain an immigrant visa at a United States embassy in the alien's home country, and reenter the United States.

5.     An alien who is temporarily in the United States may file USCIS, Form I-765, Application for Employment Authorization, to request an Employment Authorization Document.

6.     Forms I-130, I-485, and I 765 are typically filed together and the visa petition (I-130) and adjustment application (I-485) are adjudicated at the same

time. In support of these applications, the United States citizen spouse and alien spouse each submit a Biographic Information form (Form G-325A) containing biographic information.

### Current Investigation

7.    ELVIS HARIZAJ is a native and citizen of Albania.

8.    On or about August 11, 2017, HARIZAJ entered the United States on a student visa.

9.    On or about October 7, 2021, HARIZAJ entered into a marriage with NATASHA FLORES, a United States Citizen.  According to a marriage certificate issued by the State of New Jersey, the place of marriage was Elizabeth, New Jersey, in Union County.

10.    On or about October 14, 2022, HARIZAJ completed a U.S. Citizenship and Immigration Services Form I-485, Application to Register Permanent Residence or Adjust Status.  The application sought a granting of lawful permanent residence to HARIZAJ based on his marriage to FLORES.

11.    HARIZAJ included with the Form I-485 a Petition for Alien Relative, Form I-130, completed by FLORES.  HARIZAJ also signed a Form I-130 entitled Supplemental Information for Spouse Beneficiary.

12.    The Form I-485 and I-130 submitted and signed by HARIZAJ included a certification stating, "I understand all of the information contained in, and submitted with, my form, and that all of this information is complete, true and accurate."  The Form I-130 submitted and signed by FLORES included the same certification.

13.    HARIZAJ submitted the application, forms, and supporting documents to the United States Citizenship and Immigration Services ("USCIS") via U.S. Mail. The envelope that contained the forms had a return address in Maple Shade, New Jersey, and was sent from a Post Office in Cherry Hill, New Jersey.

14.    FLORES's Form I-130 stated that she lived with HARIZAJ in Maple Shade, New Jersey.  HARIZAJ submitted with his Application records from T-Mobile and TD Bank that listed HARIZAJ and FLORES's address as in Maple Shade, New Jersey.  HARIZAJ also submitted a lease for the Maple Shade address that was purported to be electronically signed by HARIZAJ and FLORES.

15.    The Form I-130 submitted by FLORES falsely stated that she had never been married before when, in fact, she was previously married to a Brazilian national who obtained United States citizenship based on his marriage to FLORES.

16.    FLORES never lived with HARIZAJ in Maple Shade, New Jersey. Law enforcement officers spoke with FLORES's landlord in Newark, New Jersey, who confirmed that FLORES had been living in Newark continuously since 2019. Leasing records provided by the landlord also showed that FLORES was a party to leases continuously since 2019.

17.    On or about August 31, 2023, HARIZAJ and FLORES appeared for interview at the USCIS Mount Laurel Field Office. They were interviewed separately and provided discrepant information regarding multiple issues, including when they moved in together, whether FLORES had any student loans, and the nature of the marriage proposal.

18.    On or about January 26, 2024, HARIZAJ was interviewed again by a USCIS officer. Upon further questioning, HARIZAJ agreed to withdraw his Application to Register Permanent Residence or Adjust Status.

19.    On or about April 10, 2025, law enforcement officers conducted a voluntary interview of HARIZAJ. HARIZAJ admitted that he was introduced to, and married, FLORES for the purpose of obtaining permanent residence in the United States, and that the marriage was a sham. HARIZAJ further stated that FLORES never lived with him in Maple Shade, New Jersey. HARIZAJ acknowledged that what he did was wrong and that he was ashamed of submitting the Application to Register Permanent Residence or Adjust Status.

ADAM J RODRIGUEZ
Digitally signed by ADAM J RODRIGUEZ
Date: 2025.05.20 10:03:17 -04'00'

_____
Adam Rodriguez
Special Agent, HSI

Pursuant to Fed. R. Crim. P. 4.1, Special Agent Rodriguez was sworn and attested to the contents of this affidavit in support of the complaint and arrest warrant for Defendant Natasha Flores.

_____
HON. ELIZABETH A. PASCAL
United States Magistrate Judge

Date: May 20, 2025